GENEVIEVE H. COGAR, EXECUTRIX, ESTATE OF WILLIAM N. ANDREWS, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 9519. Promulgated May 3, 1929.

*Frank V. Benton, Esq.,* for the petitioner.
*Harold Allen, Esq.,* for the respondent.

**378**

OPINION.

Van Fossan: The primary question for determination is whether or not the purchaser and assignee of a perpetual lease of real property may deduct from income depreciation upon the building, machinery and equipment erected on the premises by the original lessees, pursuant to covenants so providing and requiring that the building, or others of equal or greater value, be maintained and kept upon the premises at all times, where the purchaser and assignee assumes all the obligations and covenants of the perpetual lease imposed upon the lessees, and the building and improvements are used by him in earning the income to be taxed. Substantially the same question was before the Supreme Court in the case of *Weiss* v. *Wiener*, 279 U. S. 333, decided April 22, 1929, in which the court held that depreciation was not allowable under such circumstances. See also *William J. Ostheimer*, 1 B. T. A. 18; *Brevoort Hotel Co.*, 1 B. T. A. 132; *Belt Railway Co. of Chicago*, 9 B. T. A. 304; and *Ohio-Clover Leaf Dairy Co.*, 13 B. T. A. 1320.

*Judgment will be entered for the respondent.*